In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10114

Non-Argument Calendar

_____

ANGELA BERNHARDINE GALLO,
Angela Bernhardine Gallo Individually
and as Personal Representative of the
Estate of Basilio Gallo, Deceased,
LISA ANTIONIETTA LIE GALLO,
Individually,

Plaintiffs-Appellees,

*versus*

CARNIVAL CORPORATION,
Carnival Corporation Which Will Do Business In California
As Carnival Cruises Lines, a Foreign Corporation with
its principal place of business in the State of Florida,

2                        Opinion of the Court                    24-10114

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-23266-CMA

_____

Before LAGOA, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Upon review of the record and the responses to the jurisdictional questions, this appeal is DISMISSED for lack of jurisdiction. Appellant challenges a portion of the district court's December 12, 2023 order that it alleges denied appellant's motion to compel arbitration. However, the December 12 order did not deny that motion, and the motion was previously denied as premature in a paperless order entered on October 29, 2023. Appellant clarifies that it does not appeal the October 29 order, and that it only appeals the portion of the December 12 order that it asserts denied its motion to compel. *See* Fed. R. App. P. 3(c)(4). Because the appellant challenges only a non-existent ruling, we conclude that the appellant lacks appellate standing. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003).